IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-02608-WYD-KMT | FTR |
| Date: June 05, 2009 | Debra Brown, Deputy Clerk |
| DEBORAH ARMSTEAD | Andrea L. Blanscet |
| Plaintiff. | |
| v. | |
| ALLSTATE INSURANCE COMPANY | Andrew Alan Scott |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:06 a.m.**

Court calls case. Appearance of counsel.

Defendant's "MOTION to Compel" [Document #22, filed April 23, 2009] at issue:

Argument by Mr. Scott.
Objections by Ms. Blanscet
Rebuttal by Mr. Scott

**ORDERED:** Defendant's "MOTION to Compel" [Document #22, filed April 23, 2009 is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant is to provide to the Court and Plaintiff a list of all information they currently possess and the information they believe has not been provided. Defendant shall file a supplement to their Motion [Document #22] on or before June 12, 2009. Plaintiff shall supplement their Response [Document #29] on or before June 19, 2009.

**ORDERED:** The Motion Hearing is continued to June 30, 2009 at 10:45 a.m. (1-1/2 hours) for further argument.

"MOTION for Protective Order" [Document #30, filed May 22, 2009] at issue:

Arguments by Mr. Scott.
Objections by Ms. Blanscet

**ORDERED:** The Court finds the separate interrogatory count to be 36, inclusive of sub-parts. Defendant's "MOTION for Protective Order" [Document #30, filed May 22, 2009 is **DENIED.** The Court agrees that the Plaintiff's Interrogatories exceeded the original limit; however, the Court will allow the additional six Interrogatories propounded. Defendant shall have thirty (30) days from date to respond. The Court does not deem the motion frivolous and will not assess attorney fees.

Statements by Mr. Scott regarding discovery issues.
Response by Ms. Blanscet.
Counsel will attempt to resolve the discovery issue by stipulation.

**Court in recess: 9:59 a.m.**
Total In-Court Time 0:53; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.