# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-02608-WYD-KMT | FTR |
| **Date:** June 30, 2009 | Debra Brown, Deputy Clerk |
| DEBORAH ARMSTEAD | Andrea L. Blanscet |
| Plaintiff. | |
| v. | |
| ALLSTATE INSURANCE COMPANY | Andrew Alan Scott |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 10:52 a.m.**

Court calls case. Appearance of counsel.

Defendant's "MOTION to Compel" [Document #22, filed April 23, 2009] taken under advisement on June 05, 2009 [Document #36] and supplemented by Counsel at issue:
Argument by Mr. Scott.
Objections by Ms. Blanscet

**ORDERED:** Defendant's "MOTION to Compel" [Document #22, filed April 23, 2009 is **denied in part.** The motion is denied insofar as it requests a full medical release. The motion is **granted** to require plaintiff to attempt to locate and produce, with privilege log as necessary, those specific items delineated by the Defendant's Exhibit B and C to the supplement [Document #37, filed June 12, 2009]. The Court is relying on the fact that plaintiff is attempting to obtain the records, redact, if necessary, and provide them to defendant.

**ORDERED:** Plaintiff is to file a status report within thirty (30) days as to Exhibit 1 attached to Document #38 regarding the status of the medical records requests and to advise the Court if those specific records have not been received.

**ORDERED:** Discovery deadline is extended to December 15, 2009; Dispositive motions deadline is extended to January 15, 2010; Plaintiff's Disclosure of Experts by September 15, 2009; Defendant's Disclosure of Experts by October 15, 2009; Rebuttal Expert Disclosure by November 15, 2009. Settlement Conference remains set for July 13, 2009 at 1:30 p.m. Final Pretrial Conference previously set for December 15, 2009 at 9:45 a.m. is **RESET** to March 16, 2010 at 9:00 a.m.

**Court in recess: 11:24 p.m.**          Total In-Court Time 0:32; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.